**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01265-AP

TAMI KAISER,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

Defendant, Commissioner of Social Security ("Commissioner"), hereby submits a joint case management plan. On June 1, 2012, Plaintiff, who is appearing *pro se*, unilaterally filed a joint case management plan (Dkt. 9). However, pursuant to D.C. COLO. L. CIV. R. 7.1(A), the undersigned counsel for the Commissioner contacted Plaintiff by telephone on July 26, 2012, to confer regarding a joint case management plan for the case. Defendant has incorporated Plaintiff's responses from Plaintiff's June 1, 2012 joint case management plan and Plaintiff's responses during the July 26, 2012 telephone conversation in completing this joint case management plan.

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

<u>Plaintiff, appearing *pro se*</u>:

TAMI L. KAISER
2853 North Avenue
Grand Junction, CO 81501
Telephone: (970) 201-2324

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office

WILLIAM G. PHARO
Assistant United States Attorney

ALEXESS D. REA
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-7101
Facsimile: (303) 844-0770
alexess.rea@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** May 14, 2012
**B. Date Complaint Was Served on U.S. Attorney's Office:** May 30, 2012
**C. Date Answer and Administrative Record Were Filed:** July 30, 2012

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Defendant states that, at this time, the Administrative Record appears to be complete and accurate.

Plaintiff states that the record does not contain treatment records from the past couple of months.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Defendant does not anticipate submitting additional evidence.

Plaintiff states that she plans to see a knee surgeon.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not foresee offering any unusual claims or defenses in this case.

**7. OTHER MATTERS**

Defendant is not aware of any other matters at this time.

Plaintiff states that she has obesity, and that her doctor recommended she move to a warmer climate due to her "arthritis."

**8. BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

A.  **Plaintiff's Opening Brief Due:** September 10, 2012
B.  **Defendant's Response Brief Due:** October 10, 2012
C.  **Plaintiffs Reply Brief (If Any) Due:** October 25, 2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A.  **Plaintiff's Statement:**
    Plaintiff does not request oral argument.

B.  **Defendant's Statement:**
    Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.   ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.   (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 6th day of August, 2012.

BY THE COURT:

*s/John L. Kane*  
U.S. DISTRICT COURT JUDGE

APPROVED:

Plaintiff:

TAMI L. KAISER  
2853 North Avenue  
Grand Junction, CO 81501  
Telephone: (970) 201-2324

For Defendant:

JOHN F. WALSH  
United States Attorney  
District of Colorado

KEVIN TRASKOS  
Deputy Chief, Civil Division  
United States Attorney's Office

WILLIAM G. PHARO  
Assistant United States Attorney

s/ *Alexess D. Rea*  
ALEXESS D. REA  
Special Assistant United States Attorney  
1001 17th Street  
Denver, CO 80202  
Telephone: (303) 844-7101  
Facsimile: (303) 454-0770  
alexess.rea@ssa.gov