IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01265-WYD

TAMI L. KAISER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on March 11, 2013, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the Commissioner's decision denying Plaintiff's application for supplemental security income benefits under the Social Security Act is AFFIRMED.

    DATED at Denver, Colorado this <u>12th</u> day of March, 2013.

                                    FOR THE COURT:

                                    JEFFREY P. COLWELL, CLERK

                                    <u>By: s/ Edward P. Butler</u>
                                    Edward P. Butler
                                    Deputy Clerk